IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02055-BNB

KEVIN PATRICK JONES, #95866,

    Plaintiff,

v.

ARISTEDES W. ZAVAR[A]S, Director Colorado Department of Corrections,
FOSTER, Associate Director, Colorado Department of Corrections,
WARDEN DICK SMELSER, Crowley County Correctional Facility,
ALBERT MARTINEZ, Crowley County Correctional Facility,
TIANNA LUCERO, Crowley County Correctional Facility,
BRIDGETTE BLAUSER, Crowley County Correctional Facility,
WARDEN SUSAN JONES, Colorado State Pennitentary [sic],
WARDEN KEVIN MILYARD, Sterling Correctional Facility,
All Above Mentioned Parties are Sued in Their Individual and Official Capacities,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff Kevin Jones has filed a Motion for Leave to File a Supplemental Complaint [Doc. No. 12], and has tendered a supplemental complaint to the Court for filing [Doc. No. 13]. On October 18, 2010, the Court entered an Order Directing Plaintiff to File an Amended Complaint within thirty (30) days [Doc. No. 14]. Accordingly,

    Plaintiff's Motion for Leave to File a Supplemental Complaint [Doc. No. 12] is DENIED to the extent Plaintiff seeks to file the tendered supplemental complaint. The tendered supplemental complaint [Doc. No. 13] is rejected.

    Plaintiff shall have **thirty (30) days from the date of this Minute Order** to file an amended complaint that complies with the October 18, 2010 Order Directing Plaintiff to File an Amended Complaint. Plaintiff must include all of his claims for relief and all defendants in the amended complaint. Plaintiff shall comply with the Court's directives in the October 18 Order regarding the pleading requirements for all of his claims.

    Dated: October 20, 2010