IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-02055-CMA

KEVIN PATRICK JONES, #95866,

    Plaintiff,

v.

DICK SMELSER, Crowley County Correctional Facility,
DAVID NAVARETTE, Colorado Department of Corrections,
ALBERT MARTINEZ, Crowley County Correctional Facility,
TIANNA LUCERO, Crowley County Correctional Facility,
BRIDGETTE BLAUSER, Crowley County Correctional Facility,
SANCHEZ, Crowley County Correctional Facility,
THREE UNKNOWN ADMINISTRATIVE SEGREGATION HEARING REVIEW
    COMMITTEE MEMBERS, Sterling Correctional Facility,
DOCTOR ASTAFAN, Crowley County Correctional Facility C.C.A. "Mental Health,"
DAN PLAGGE, Crowley County Correctional Facility C.C.A. "Mental Health,"
JOHN DOE, Colorado State Pennitentary [sic], C.D.O.C. "Mental Health Unit,"
DOCTOR WILSON, Sterling Correctional Facility, C.D.O.C. "Mental Health Unit," and
HUNTER, Sterling Correctional Facility, C.D.O.C. "Mental Health Unit,"
All Above Mentioned Parties are Sued in Their Individual and Official Capacities,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 16 2011

GREGORY C. LANGHAM
    CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This cause came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the Defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to

28 U.S.C. § 1915, and all other orders upon Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that Defendants or counsel for Defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the Defendants.

DATED: February __15__, 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02055-CMA

Kevin Patrick Jones
Prisoner No. 95866
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

David Navaratte, Doctor Wilson, and Hunter – **WAIVER***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

Lucy Hernandez
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700
**SERVICE FORMS FOR:**
**Dick Smelser, Albert Martinez, Tianna Lucero,**
**Bridgette Blauser, Sanchez, Doctor Astafan, and Dan Plagge**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Keith Nordell for service of process on David Navaratte, Doctor Wilson, and Hunter; to Lucy Hernandez for service of process on Dick Smelser, Albert Martinez, Tianna Lucero, Bridgette Blauser, Sanchez, Doctor Astafan, and Dan Plagge: AMENDED COMPLAINT FILED 11/09/10, ORDER FILED 12/28/10, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 2/16/11.

                                              GREGORY C. LANGHAM, CLERK

                                              By: _____
                                                          Deputy Clerk