**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02055-CMA-KLM

KEVIN PATRICK JONES, #95866,

    Plaintiff,

v.

DICK SMELSER, Crowley County Correctional Facility,
DAVID NAVARETTE, Colorado Department of Corrections,
ALBERT MARTINEZ, Crowley County Correctional Facility,
TIANNA LUCERO, Crowley County Correctional Facility,
BRIDGETTE BLAUSER, Crowley County Correctional Facility,
SANCHEZ, Crowley County Correctional Facility,
THREE UNKNOWN ADMINISTRATIVE SEGREGATION HEARING
    REVIEW COMMITTEE MEMBERS, Sterling Correctional Facility,
DOCTOR ASTAFAN, Crowley County Correctional Facility,
DAN PLAGGE, Crowley County Correctional Facility C.C.A. "Mental Health,"
JOHN DOE, Colorado State Pennitentary [sic], C.D.O.C. "Mental Health Unit,"
DOCTOR WILSON, Starling Correctional Facility, C.D.O.C. "Mental Health Unit," and
HUNTER, Sterling Correctional Facility, C.D.O.C. "Mental Health Unit,"
All Above Mentioned Parties are Sued in Their Individual and Official Capacities,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

    Pursuant to Plaintiff's Motion To Voluntarily Dismiss Prisoner Complaint (Doc. # 63), and in accordance with Fed. R. Civ. P. 41(a), it is hereby

    ORDERED that this cause of action is DISMISSED WITH PREJUDICE.

    DATED:  June   21  , 2011

                                                            BY THE COURT:

                                                            _____
                                                            CHRISTINE M. ARGUELLO
                                                            United States District Court Judge